<u>**Exhibit D**</u>
**Statement of Claim**
**Plaintiff Gregg Bruce Rapp**

**Unpaid Overtime Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Regular Hourly Rate[1] | FLSA Overtime Hourly Rate[1] | Average Weekly Pay Received[1] | Total Unpaid Overtime[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|
| 10/12/15 - 1/25/16 | 15.14 | 58.5 | $ 10.00 | $ 15.00 | $ 633.46 | $ 666.94 | $ 666.94 |
| | | | | | | $ 666.94 | $ 666.94 |

Total Unpaid Overtime Wages[1] = $ 666.94
Total Liquidated Damages[1] = $ 666.94
Total[1] = $ 1,333.88

[1] Numbers are averages, estimates, and/or approximates. Time and payroll records are in the possession and/or control of Defendants. The amount of damages claimed in this statement of claim, and the amount of damages claimed in the Complaint, may change as information is uncovered through the discovery process.